■ EXCELLUS HEALTH PLAN, INC., as Subrogee of BRIAN L. BEAUMONT, Respondent, v FEDERAL EXPRESS CORPORATION et al., Appellants. [782 NYS2d 219]—Appeal from an order of the Supreme Court, Onondaga County (Edward D. Carni, J.), entered November 6, 2003. The order denied defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Martoche, JJ. [See 5 Misc 3d 727 (2003).]